590

No. 112. WILLIAMS ET AL. *v.* JACKSONVILLE TERMINAL Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Frank F. L'Engle* for petitioners. *Messrs. Julian Hartridge* and *John Dickinson* for respondent.

No. 124. HOTEL & RESTAURANT EMPLOYEES' INTERNATIONAL ALLIANCE, LOCAL No. 122, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Messrs. Joseph A. Padway* and *I. E. Goldberg* for petitioners. *Messrs. John E. Martin,* Attorney General of Wisconsin, *James Ward Rector,* Deputy Attorney General, and *N. S. Boardman,* Assistant Attorney General, for the Wisconsin Employment Relations Board; and *Mr. Herman M. Knoeller* for the Plankinton House Co., respondents.

No. 128. BONDHOLDERS COMMITTEE, MARLBOROUGH INVESTMENT Co., FIRST MORTGAGE BONDS *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 129. MARLBOROUGH HOUSE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Stephen V. Carey* for petitioners. *Assistant Solicitor General Fahy* for respondent. Reported below: 118 F. 2d 511.

No. 139. THOMSON, TRUSTEE, ET AL. *v.* GASKILL ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.